UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JAMES BROADWATER,**

Plaintiff,

v.                                                       **No. 4:26-cv-00329-P**

**INTERNAL REVENUE SERVICE (IRS),**

Defendant.

## ORDER

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 5. No objections were filed,[1] and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **ORDERS** that this case is **DISMISSED without prejudice.**

**SO ORDERED** on this **22nd day of April 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE

---

[1]Plaintiff did file a Motion for Leave to Proceed *in forma pauperis*. ECF No. 6. However, the Motion is incomplete. Therefore, it does not change the Court's decision.